UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ABID OSMANOVIC, | : | COMPLAINT |
|     Plaintiff | : | |
| v. | : | |
| | : | |
| AUTOWORLD AUTOMOTIVE | : | |
| SUPERSTORES, INC. d/b/a LIA HYUNDAI, | : | December 15, 2006 |
|     Defendant | : | |

## INTRODUCTION

1. This is a suit brought by a consumer against an automobile dealership for violating the Truth in Lending Act in a motor vehicle transaction.

## PARTIES

2. The plaintiff is a Connecticut resident residing in New Britain, CT.

3. The defendant, Autoworld Automotive Superstores, Inc. d/b/a Lia Hyundai ("Lia Hyundai") is a Connecticut corporation with a principal place of business in Hartford, CT.

## JURISDICTION

4. This court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1640.

5. This court has jurisdiction over the defendant Lia Hyundai, because it is a resident of this state.

6. This court has venue over this matter, because the acts complained of occurred in Connecticut.

## CAUSES OF ACTION- TILA

7. On or about September 16, 2006, Plaintiff, who had moved to the United States from Bosnia and who knows little English, desired to purchase a new vehicle.

8. Plaintiff visited Lia Hyundai and saw a new 2006 Hyundai Elantra that was displayed on Lia Hyundai's lot with a Monroney sticker indicating that the MSRP was $15,865. The vehicle had no supplemental sticker or any other indication that the price was more than the MSRP.

9. Plaintiff stated that he desired to purchase the Elantra and submitted a credit application to Lia Hyundai to finance the purchase.

10. Plaintiff informed Lia Hyundai that he owned a 1996 Ford Taurus that he desired to provide as a trade-in and that he could afford monthly payments of $300/mo.

11. Lia Hyundai advised Plaintiff that it would give him a $1,500 allowance for the Taurus and that his monthly payments would be approximately $300/mo. These numbers were presented to Plaintiff on a "Four Square," or a form that is frequently used by auto dealerships in negotiating sales contracts with consumers.

12. Lia Hyundai presented a blank retail installment sales contract to Plaintiff and requested that he sign it.

13. Upon returning home, Plaintiff looked at the contract, which had been filled in, and realized that he was charged $19,846 for the Elantra, that he had been given only a $100 allowance for the Taurus, and that his monthly payments were $413/mo.

14. Defendant failed to provide the disclosures required by the Truth in Lending Act ("TILA"), 15 U.S.C. § 1601 *et seq.*

15. Lia Hyundai is liable to Plaintiff for actual damages, statutory damages of $1,000, and a reasonable attorney's fee pursuant to 15 U.S.C. § 1640.

**PLAINTIFF, ABID OSMANOVIC**

By: _____
    Daniel S. Blinn, ct02188
    Consumer Law Group, LLC
    35 Cold Spring Road, Suite 512
    Rocky Hill, Connecticut 06067
    Tel. (860) 571-0408  Fax (860) 571-7457
    dblinn@consumerlawgroup.com