UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **Osmanovic** | : |
| **v.** | : NO. **3:06cv2016 (JBA)** |
| **Autoworld Automotive Superstores, Inc.** | : |

### O R D E R

Special Master Paul Zolan reported that this action has been settled in full.  The case now will be administratively closed and the Clerk is directed to close the file without prejudice to reopening on or before July 5, 2007.

If the parties wish to file a stipulation of dismissal (for approval by the court or for inclusion in the court's file), they may do so on or before July 5, 2007.

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with D. Conn. L. Civ. R. 7.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:**   **June 11, 2007**