UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ABID OSMANOVIC,                : | 3:06-cv-02016(JBA) |
|     Plaintiff                : | |
| v.                              : | STIPULATION OF DISMISSAL |
|                              : | |
|                              : | JULY 20, 2007 |
| AUTOWORLD AUTOMOTIVE            : | |
| SUPERSTORES, INC. d/b/a LIA HYUNDAI, : | |
|     Defendant                : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii), the plaintiff, Abid Osmanovic, through his attorney, and the defendant, Autoworld Automotive Superstores, Inc. d/b/a LIA Hyundai, through their attorney, hereby stipulate that the claims of the above-entitled action shall be dismissed with prejudice, and without costs.

**Plaintiff, Abid Osmanovic**

By/s/Daniel S. Blinn
Daniel S. Blinn  ct02188
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT  06067
(860) 571-0408
Fax: (860) 571-7457
dblinn@consumerlawgroup.com

**Defendant, Autoworld Automotive Superstores, Inc. d/b/a LIA Hyundai**

By/s/Kevin J. Greene
Kevin J. Greene, ct16742
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103
(860) 522-6103
Fax: (860) 548-0006
greene@halloran-sage.com

CERTIFICATION

      I hereby certify that on this 20th day of June, 2007, a copy of foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/Daniel S. Blinn
      Daniel S. Blinn